UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 12 AM 9:46

'08 MJ 1824

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No._____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii)- |
| **Carlos NAVARRO-Bram** ) | Bringing in Illegal Alien(s) |
| **AKA: Francisco NAVARRO-Manriquez** ) | Without Presentation |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **June 10, 2008**, within the Southern District of California, defendant, **Carlos NAVARRO-Bram AKA: Francisco NAVARRO-Manriquez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Gabriela FELIX-Sicairos**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12TH** DAY OF **JUNE, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Gabriela FELIX-Sicairos** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 10, 2008 at about 2321 hours **Carlos NAVARRO-Bram AKA: Francisco NAVARRO-Manriquez (Defendant)** applied for entry into the United States from Mexico through the Otay Mesa Port of Entry. Defendant was the driver of a gray 1993 Jeep Grand Cherokee. Defendant was accompanied by one visible female passenger who was later identified as Estela ARELLANO-Lopez. Defendant presented a Permanent Resident Card bearing the name Jose R GARCIA-Garcia as proof of admissibility to a Customs and Border Protection (CBP) Officer. Defendant also presented a Permanent Resident Card bearing the name Rosa E TRUJILLO de Gutierrez on behalf of ARELLANO-Lopez. Defendant then gave the CBP Officer a negative Customs declaration and stated he was going to San Diego, California. The CBP Officer suspected Defendant and ARELLANO-Lopez were imposters to the documents presented and the vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, Defendant and ARELLANO-Lopez were determined to be imposters to the documents presented. Also in secondary, Defendant informed CBP Officers that another person was concealed in the vehicle he was driving. A CBP Officer searched the vehicle and discovered a non-factory compartment under the rear seat of the vehicle. Another CBP Officer noticed what appeared to be human hair inside the compartment and attempted to lift the rear seat to access the compartment. The rear seat appeared to be held in place by the center seat belt, which was wrapped around a baby booster seat. The CBP Officer unhooked the seat belt, removed the baby booster seat, lifted the rear seat forward and discovered a female concealed in the compartment. The female was determined to be a citizen of Mexico without legal documentation to enter the United States and is now identified as **Gabriela FELIX-Sicairos (Material Witness)**.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he was to deliver the vehicle to the AM/PM gas station on Palomar St. in Chula Vista, California. Defendant admitted he was being charged $800.00 (USD) for the Permanent Resident Card; and admitted he was to have the fee waived if he agreed to drive the vehicle across the border. Defendant admitted knowledge of the concealed alien. Defendant admitted he heard a female voice coughing as he drove the vehicle to the port of entry. Defendant admitted he informed CBP Officers there was another person concealed in the vehicle because he did not want her to be forgotten and left in the compartment.

During a videotaped interview, Material Witness admitted she is a citizen of Mexico without legal documents to enter or reside in the United States. Material Witness stated she was going to Los Angeles, California to seek employment. Material Witness stated she did not know how much she was to pay to be smuggled into the United States.